# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Gary E. Charbonneau, et al.,
           Plaintiffs,

v.

Boehringer Ingelheim Pharmaceuticals, Inc., et al,
           Defendants.

**COURT MINUTES**
Case Number: 06-1215 JMR/FLN

| | |
|---|---|
| Date: | July 30, 2008 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 5:11 p.m. |
| Time Concluded: | 5:16 p.m. |
| Time in Court: | 5 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiffs:    **Michael Ciresi, Tara Sutton, Gary Wilson and Daniel O'Fallon**
  For Defendant Boehringer Ingelheim Pharmaceuticals, Inc., et al:  **Scott Smith, Bruce Parker and Beth Rose**
  For Defendant Pfizer Inc., et al:    **Joseph Price, Michael Brown and Barry Thompson**

PROCEEDINGS:

- ☒ **JURY Trial - Ended**

- ☒ Verdict Rec'd at 5:11 p.m. for:
  - ☒ Plaintiff

IT IS ORDERED:
- ☒ Clerk to file Verdict and enter Judgment.

                                                                        s/Heather Walker
                                                            Signature of Calendar Clerk