UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re:  MIRAPEX PRODUCTS
LIABILITY LITIGATION                                MDL No. 07-1836 (JMR/FLN)

This document relates to:

| | |
|---|---|
| Andrew A. Allen, et al., | Civil No. 08-CV-1014 (JMR/FLN) |
| Jeanette J. Amavisca, | Civil No. 07-CV-845   (JMR/FLN) |
| Joyce Anderson, | Civil No. 06-CV-2578 (JMR/FLN) |
| Ronald J. Ankiewicz, et al., | Civil No. 07-CV-3147 (JMR/FLN) |
| Catherine A. Arnold, | Civil No. 08-CV-910   (JMR/FLN) |
| Kathi L. Ash, et al., | Civil No. 08-CV-997   (JMR/FLN) |
| Michael W. Averitt, et al., | Civil No. 06-CV-2194 (JMR/FLN) |
| Cynthia D. Ball, et al., | Civil No. 08-CV-4599 (JMR/FLN) |
| Carol E. Barnett, | Civil No. 08-CV-4795 (JMR/FLN) |
| Jesus G. Barrido, et al., | Civil No. 07-CV-3546 (JMR/FLN) |
| Lewis W. Beddow, et al. | Civil No. 08-CV-4037 (JMR/FLN) |
| David C. Belinsky, | Civil No. 07-CV-2956 (JMR/FLN) |
| Mark E. Bellini, et al., | Civil No. 08-CV-1015 (JMR/FLN) |
| Carrie E. Bellnoski, | Civil No. 08-CV-999   (JMR/FLN) |
| Claudine G. Bennett, et al., | Civil No. 07-CV-4959 (JMR/FLN) |
| Rosa J. Bensinger, et al., | Civil No. 07-CV-1696 (JMR/FLN) |
| Marilyn M. Bentley, et al., | Civil No. 08-CV-4605 (JMR/FLN) |
| Donald A. Berge, et al., | Civil No. 08-CV-5108 (JMR/FLN) |
| Rick James Berger, | Civil No. 06-CV-4358 (JMR/FLN) |
| Donna F. Bische, et al., | Civil No. 07-CV-3102 (JMR/FLN) |
| Richard Bloom, et al., | Civil No. 06-CV-2577 (JMR/FLN) |
| Maureen E. Booth, et al., | Civil No. 08-CV-4554 (JMR/FLN) |
| Therese Bottiglieri, | Civil No. 07-CV-3077 (JMR/FLN) |
| Kenneth A. Bradshaw, | Civil No. 07-CV-3168 (JMR/FLN) |
| Steven M. Braun, et al., | Civil No. 07-CV-3100 (JMR/FLN) |
| Deborah L. Brinkley, | Civil No. 07-CV-3149 (JMR/FLN) |
| Peggy J. Bronson, | Civil No. 06-CV-3254 (JMR/FLN) |
| Debra S. Bruno, | Civil No. 08-CV-1224 (JMR/FLN) |
| Sandra K. Buckstein, et al., | Civil No. 07-CV-591   (JMR/FLN) |
| Leticia N. Buenaseda, et al., | Civil No. 07-CV-3150 (JMR/FLN) |
| Beverly J. Burgi, | Civil No. 07-CV-4721 (JMR/FLN) |
| Cheryl D. Burke, et al., | Civil No. 08-CV-282   (JMR/FLN) |
| Mary L. Burnett, | Civil No. 07-CV-2955 (JMR/FLN) |
| Harry P. Buteaux, et al., | Civil No. 07-CV-4446 (JMR/FLN) |
| Todd R. Cain, | Civil No. 06-CV-1582 (JMR/FLN) |
| William Camacho, et al., | Civil No. 07-CV-1646 (JMR/FLN) |
| Pamela J. Campanale, et al., | Civil No. 07-CV-658   (JMR/FLN) |

| | |
|---|---|
| Sharlene R. Campbell, | Civil No. 08-CV-1501 (JMR/FLN) |
| Kenneth A. Carlton, et al., | Civil No. 07-CV-1178 (JMR/FLN) |
| Susan M. Carpeal, et al., | Civil No. 07-CV-4960 (JMR/FLN) |
| Stan E. Carroll, | Civil No. 07-CV-974   (JMR/FLN) |
| Thomas M. Celorie, | Civil No. 06-CV-4868 (JMR/FLN) |
| William L. Chamberlain, et al., | Civil No. 06-CV-4870 (JMR/FLN) |
| David D. Chandler, | Civil No. 07-CV-1074 (JMR/FLN) |
| Gary E. Charbonneau, et al., | Civil No. 06-CV-1215 (JMR/FLN) |
| Randy C. Colby, et al., | Civil No. 08-CV-4038 (JMR/FLN) |
| Kimberly K. Coleman, et al., | Civil No. 08-CV-1001 (JMR/FLN) |
| Irene M. Conejo, | Civil No. 06-CV-3519 (JMR/FLN) |
| Mary Conway, | Civil No. 06-CV-901   (JMR/FLN) |
| Larry F. Cook, | Civil No. 08-CV-1016 (JMR/FLN) |
| William F. Courtney, et al., | Civil No. 06-CV-2546 (JMR/FLN) |
| Elizabeth W. Crawford, | Civil No. 08-CV-908   (JMR/FLN) |
| Douglas H. Cunningham, | Civil No. 07-CV-2516 (JMR/FLN) |
| Sharon E. Currie, | Civil No. 08-CV-4600 (JMR/FLN) |
| Jackie R. Davidson, et al., | Civil No. 08-CV-4601 (JMR/FLN) |
| Ann M. Davis, | Civil No. 07-CV-1994 (JMR/FLN) |
| Kimberly Davis, et al., | Civil No. 07-CV-3148 (JMR/FLN) |
| Kathleen J. Davis, | Civil No. 08-CV-1017 (JMR/FLN) |
| Alfonso De La Rosa, | Civil No. 07-CV-2954 (JMR/FLN) |
| Teresa deBrito, | Civil No. 07-CV-847   (JMR/FLN) |
| Christine M. Del Giudice, et al., | Civil No. 08-CV-1003 (JMR/FLN) |
| Maryann J. DeLeo, et al., | Civil No. 06-CV-4869 (JMR/FLN) |
| Nora C. Dellosa, et al., | Civil No. 08-CV-1005 (JMR/FLN) |
| Cheryl L. Dianoski, | Civil No. 07-CV-3839 (JMR/FLN) |
| Virgie L. Dixon, et al., | Civil No. 08-CV-4598 (JMR/FLN) |
| Hylton H. Dodd, | Civil No. 06-CV-2145 (JMR/FLN) |
| Stacie J. Dodson, | Civil No. 08-CV-1498 (JMR/FLN) |
| Darlene S. Dondore, et al., | Civil No. 08-CV-1008 (JMR/FLN) |
| George L. Downing, et al., | Civil No. 07-CV-3544 (JMR/FLN) |
| Amy F. Doza, | Civil No. 07-CV-4444 (JMR/FLN) |
| Michael A. Dubaich, et al., | Civil No. 06-CV-875   (JMR/FLN) |
| Nancy G. Durffee, et al., | Civil No. 07-CV-3025 (JMR/FLN) |
| Carol J. Elser, et al., | Civil No. 08-CV-998   (JMR/FLN) |
| Jack F. English, et al., | Civil No. 07-CV-3026 (JMR/FLN) |
| Gerald R. Epperly, | Civil No. 08-CV-283   (JMR/FLN) |
| Timothy Estep, | Civil No. 06-CV-900   (JMR/FLN) |
| Thaddeus R. Fayard, | Civil No. 06-CV-2144 (JMR/FLN) |
| Michael E. Fillion, | Civil No. 07-CV-4127 (JMR/FLN) |
| Brenda L. Fleischman, et al., | Civil No. 07-CV-1076 (JMR/FLN) |
| Michael A. Foster, et al., | Civil No. 08-CV-4417 (JMR/FLN) |
| Tyler Frantzen, et al., | Civil No. 08-CV-4630 (JMR/FLN) |
| Darren J. Frisina, | Civil No. 07-CV-3128 (JMR/FLN) |
| Kathleen R. Frye, et al., | Civil No. 06-CV-2662 (JMR/FLN) |

| | |
|---|---|
| Joan F. Fulkerson, | Civil No. 08-CV-4659 (JMR/FLN) |
| Joyce A. Gillam, et al., | Civil No. 07-CV-3125 (JMR/FLN) |
| Julie K. Girbau, et al., | Civil No. 07-CV-3024 (JMR/FLN) |
| Michele C. Glancy, et al., | Civil No. 06-CV-5123 (JMR/FLN) |
| Mary L. Gonka, et al., | Civil No. 07-CV-4448 (JMR/FLN) |
| Debra A. Gorski, et al., | Civil No. 07-CV-4128 (JMR/FLN) |
| Zack T. Grapes, Jr., | Civil No. 07-CV-4449 (JMR/FLN) |
| Lawrence L. Gray, et al., | Civil No. 07-CV-975   (JMR/FLN) |
| Mary L. Gross, | Civil No. 07-CV-4961 (JMR/FLN) |
| Ronald W. Grubidt, | Civil No. 07-CV-3167 (JMR/FLN) |
| Alan P. Hahn, et al., | Civil No. 07-CV-3547 (JMR/FLN) |
| Catherine E. Haisch, et al., | Civil No. 08-CV-1000 (JMR/FLN) |
| Richard D. Hale, et al., | Civil No. 08-CV-1482 (JMR/FLN) |
| Janice R. Ham, et al., | Civil No. 07-CV-1176 (JMR/FLN) |
| Melvin L. Hanson, et al., | Civil No. 07-CV-1647 (JMR/FLN) |
| Timothy G. Harms, | Civil No. 06-CV-899   (JMR/FLN) |
| Cynthia Harris, et al., | Civil No. 06-CV-3009 (JMR/FLN) |
| Gordon J. Haughey, et al., | Civil No. 06-CV-3539 (JMR/FLN) |
| Robert M. Hauss, et al., | Civil No. 07-CV-3543 (JMR/FLN) |
| Daniel M. Hayward, et al., | Civil No. 06-CV-3180 (JMR/FLN) |
| Brian D. Hearn, et al., | Civil No. 07-CV-973   (JMR/FLN) |
| Mary Esther Heavey, et al., | Civil No. 08-CV-1002 (JMR/FLN) |
| Diana R. Hellyer, et al., | Civil No. 07-CV-4962 (JMR/FLN) |
| Mary J. Hill, et al., | Civil No. 07-CV-3039 (JMR/FLN) |
| Carol R. Hoffman, | Civil No. 07-CV-2953 (JMR/FLN) |
| Donna R. Holland, | Civil No. 08-CV-1004 (JMR/FLN) |
| Timothy J. Hommes, et al., | Civil No. 07-CV-4131 (JMR/FLN) |
| Michael B. Hoole, et al., | Civil No. 07-CV-3027 (JMR/FLN) |
| Lee H. Horwitz, et al., | Civil No. 08-CV-1018 (JMR/FLN) |
| Dallas E. Hosford, et al., | Civil No. 07-CV-1695 (JMR/FLN) |
| Gladys J. Houlder, | Civil No. 08-CV-1644 (JMR/FLN) |
| Ronald A. House, et al., | Civil No. 08-CV-4602 (JMR/FLN) |
| Jill A. Hovies, et al., | Civil No. 08-CV-4596 (JMR/FLN) |
| Brenda L. Hull, et al., | Civil No. 08-CV-1310 (JMR/FLN) |
| Linda H. Hurtado, et al., | Civil No. 07-CV-4129 (JMR/FLN) |
| Kathleen T. Hyter, et al., | Civil No. 07-CV-3144 (JMR/FLN) |
| Darrick C. Inman, | Civil No. 08-CV-4629 (JMR/FLN) |
| Wayne Jackson, et al., | Civil No. 07-CV-3080 (JMR/FLN) |
| Jack D. Jennings, | Civil No. 07-CV-3095 (JMR/FLN) |
| Lynne M. Jensen, et al., | Civil No. 08-CV-4041 (JMR/FLN) |
| Vicki L. Jiminez, et al., | Civil No. 07-CV-3129 (JMR/FLN) |
| Carolyn W. Johnson, | Civil No. 08-CV-4557 (JMR/FLN) |
| Michael L. Johnson, et al., | Civil No. 07-CV-4178 (JMR/FLN) |
| Robert L. Johnson, et al., | Civil No. 07-CV-2957 (JMR/FLN) |
| Teri R. Johnson, | Civil No. 07-CV-4130 (JMR/FLN) |
| Helen L. Juedes, et al., | Civil No. 08-CV-4418 (JMR/FLN) |

| | |
|---|---|
| Thomas M. Junta, et al., | Civil No. 08-CV-4606 (JMR/FLN) |
| Floyd Wayne Kanuch, | Civil No. 06-CV-3839 (JMR/FLN) |
| Stewart M. Kaplan, | Civil No. 08-CV-4058 (JMR/FLN) |
| Nancy J. Kells, et al., | Civil No. 08-CV-1499 (JMR/FLN) |
| David J. Kelsheimer, | Civil No. 08-CV-612   (JMR/FLN) |
| Clark M. Kerr, et al., | Civil No. 07-CV-4963 (JMR/FLN) |
| Larry L. Kiesz, et al., | Civil No. 07-CV-1670 (JMR/FLN) |
| Larry J. King, | Civil No. 08-CV-1019 (JMR/FLN) |
| Patti J. King, | Civil No. 08-CV-4597 (JMR/FLN) |
| Philip D. Klevan, et al., | Civil No. 07-CV-3094 (JMR/FLN) |
| James L. Konen, | Civil No. 07-CV-3096 (JMR/FLN) |
| Patricia A. Kotaska, et al., | Civil No. 07-CV-4722 (JMR/FLN) |
| Robert E. Krause, | Civil No. 08-CV-4043 (JMR/FLN) |
| Lucy M. LaBella, et al., | Civil No. 07-CV-592   (JMR/FLN) |
| Cheryl R. Lange, | Civil No. 08-CV-1500 (JMR/FLN) |
| Jim D. Laughlin, et al., | Civil No. 08-CV-4555 (JMR/FLN) |
| Bobby D. Layton, et al., | Civil No. 07-CV-3840 (JMR/FLN) |
| Edward J. Lazevnick, | Civil No. 07-CV-3098 (JMR/FLN) |
| Rosemary Leaver, | Civil No. 08-CV-4045 (JMR/FLN) |
| Tze Ping Aliya Lee, et al., | Civil No. 07-CV-39    (JMR/FLN) |
| Robert C. Lester, | Civil No. 08-CV-19    (JMR/FLN) |
| Jo A. Lettner, | Civil No. 08-CV-4604 (JMR/FLN) |
| Irwin Lieberman, et al., | Civil No. 07-CV-1697 (JMR/FLN) |
| Deborah A. Lindsay, et al., | Civil No. 08-CV-4796 (JMR/FLN) |
| Karyn G. Link, | Civil No. 07-CV-2949 (JMR/FLN) |
| Sandra K. Losh, et al., | Civil No. 07-CV-2942 (JMR/FLN) |
| Howard B. Lucarell, | Civil No. 07-CV-3097 (JMR/FLN) |
| James R. Mace, et al., | Civil No. 07-CV-1993 (JMR/FLN) |
| John P. Major, et al., | Civil No. 07-CV-3033 (JMR/FLN) |
| Martin J. Mansfield, Jr., | Civil No. 07-CV-3151 (JMR/FLN) |
| Andrew C. Maras, | Civil No. 07-CV-1179 (JMR/FLN) |
| Ronald P. Markel, et al., | Civil No. 06-CV-4871 (JMR/FLN) |
| Debra A. Martin, et al., | Civil No. 07-CV-3124 (JMR/FLN) |
| Mark Mayer, | Civil No. 06-CV-4366 (JMR/FLN) |
| Linda F. Mayer, | Civil No. 08-CV-4631 (JMR/FLN) |
| Joseph M. Mazzitelli, et al., | Civil No. 07-CV-4450 (JMR/FLN) |
| Betty S. McElhannon, et al., | Civil No. 08-CV-4049 (JMR/FLN) |
| Kenneth G. McIntosh, et al., | Civil No. 08-CV-4053 (JMR/FLN) |
| Walter F. McIntyre, | Civil No. 07-CV-1698 (JMR/FLN) |
| Marilyn K. McKee, et al., | Civil No. 07-CV-1694 (JMR/FLN) |
| Sarah Jean McKinney, | Civil No. 07-CV-846   (JMR/FLN) |
| Luanne Meyer, | Civil No. 07-CV-3841 (JMR/FLN) |
| Carl M. Milam, et al., | Civil No. 06-CV-3778 (JMR/FLN) |
| Evelyn J. Miles, | Civil No. 08-CV-1021 (JMR/FLN) |
| Randall J. Mitchell, et al., | Civil No. 08-CV-1480 (JMR/FLN) |
| Joseph Modafferi, et al., | Civil No. 07-CV-3103 (JMR/FLN) |

| | |
|---|---|
| Louis D. Modica, et al., | Civil No. 07-CV-3126 (JMR/FLN) |
| James F. Morinelli, | Civil No. 07-CV-2518 (JMR/FLN) |
| Linda K. Munn, et al., | Civil No. 07-CV-1669 (JMR/FLN) |
| William E. Murphy, | Civil No. 07-CV-3842 (JMR/FLN) |
| Anthony C. Naeger, et al., | Civil No. 08-CV-4871 (JMR/FLN) |
| Daniel F. Neal, | Civil No. 06-CV-3182 (JMR/FLN) |
| Lisa G. Neer, et al., | Civil No. 08-CV-1006 (JMR/FLN) |
| Donald J. Nelsen, | Civil No. 06-CV-876   (JMR/FLN) |
| Ronald L. Nelson, et al., | Civil No. 07-CV-1704 (JMR/FLN) |
| Patrick F. Nichols, et al., | Civil No. 07-CV-1992 (JMR/FLN) |
| Daniel J. Nickla, et al., | Civil No. 07-CV-1706 (JMR/FLN) |
| Joanne M. Olson, et al., | Civil No. 08-CV-5110 (JMR/FLN) |
| Andrew A. Pachuta, Sr., | Civil No. 07-CV-2517 (JMR/FLN) |
| Karene H. Palmer, et al., | Civil No. 07-CV-3101 (JMR/FLN) |
| Russell J. Patterson, et al., | Civil No. 07-CV-3143 (JMR/FLN) |
| Tracy A. Polk, | Civil No. 07-CV-2950 (JMR/FLN) |
| Billy Price, | Civil No. 08-CV-1022 (JMR/FLN) |
| Peggy F. Purcell, | Civil No. 08-CV-4856 (JMR/FLN) |
| Manuel A. Quintela, et al., | Civil No. 06-CV-1675 (JMR/FLN) |
| Sandra A. Reade, | Civil No. 07-CV-3131 (JMR/FLN) |
| Floyd W. Reese, | Civil No. 08-CV-1007 (JMR/FLN) |
| Carol J. Regalado, | Civil No. 07-CV-2951 (JMR/FLN) |
| Patricia Roberts, | Civil No. 07-CV-3166 (JMR/FLN) |
| Diana C. Rodriguez, et al., | Civil No. 07-CV-3034 (JMR/FLN) |
| Elliott Rosenstine, | Civil No. 07-CV-2519 (JMR/FLN) |
| Charles R. Rosenwinkel, | Civil No. 07-CV-1671 (JMR/FLN) |
| Martine E. Roth, et al., | Civil No. 08-CV-4052 (JMR/FLN) |
| Bruce S. Samuels, | Civil No. 07-CV-2520 (JMR/FLN) |
| Clarice A. Sandberg, et al., | Civil No. 08-CV-4559 (JMR/FLN) |
| Florene D. Saracco, | Civil No. 06-CV-4827 (JMR/FLN) |
| Margaret A. Scabbo, et al., | Civil No. 07-CV-4964 (JMR/FLN) |
| Dennis M. Scharpen, et al., | Civil No. 06-CV-1206 (JMR/FLN) |
| Roger W. Schnaser, et al., | Civil No. 07-CV-1293 (JMR/FLN) |
| Martha A. Schropp, et al., | Civil No. 07-CV-3035 (JMR/FLN) |
| Randi R. Schultz, | Civil No. 08-CV-4872 (JMR/FLN) |
| Richard H. Scott, et al., | Civil No. 08-CV-911   (JMR/FLN) |
| Theresa R. Seaman, et al., | Civil No. 06-CV-3255 (JMR/FLN) |
| Gary Selinsky, et al., | Civil No. 06-CV-873   (JMR/FLN) |
| Michael G. Shafer, | Civil No. 07-CV-3093 (JMR/FLN) |
| Randy J. Shaklee, | Civil No. 08-CV-1023 (JMR/FLN) |
| Sharon M. Sievert, et al., | Civil No. 08-CV-15     (JMR/FLN) |
| Kian Soleiman, et al., | Civil No. 08-CV-17     (JMR/FLN) |
| Kimberly S. Spencer, et al., | Civil No. 08-CV-1009 (JMR/FLN) |
| Patricia M. Spielman, et al., | Civil No. 08-CV-4556 (JMR/FLN) |
| Kathleen A. Staples, | Civil No. 07-CV-3146 (JMR/FLN) |
| Henrietta L. Stephens, et al., | Civil No. 07-CV-4965 (JMR/FLN) |

| | |
|---|---|
| Cynthia Still, et al., | Civil No. 07-CV-3145 (JMR/FLN) |
| Donald D. Storey, et al., | Civil No. 07-CV-1177 (JMR/FLN) |
| Richard E. Sturm, et al., | Civil No. 07-CV-3545 (JMR/FLN) |
| Greg L. Stutz, | Civil No. 06-CV-4828 (JMR/FLN) |
| Marvina A. Sullivan, et al., | Civil No. 08-CV-18     (JMR/FLN) |
| Grover A. Summey, | Civil No. 07-CV-3099 (JMR/FLN) |
| Sheryl A. Telebar, | Civil No. 07-CV-1073 (JMR/FLN) |
| Sarah Thomas, et al., | Civil No. 07-CV-4966 (JMR/FLN) |
| Robert M. Thompson, | Civil No. 08-CV-4558 (JMR/FLN) |
| Bruce M. Thurston, et al., | Civil No. 07-CV-1294 (JMR/FLN) |
| Wilton J. Tidwell, et al., | Civil No. 08-CV-604   (JMR/FLN) |
| Linda C. Troxclair, et al., | Civil No. 08-CV-4603 (JMR/FLN) |
| John L. Vastano, et al., | Civil No. 07-CV-1705 (JMR/FLN) |
| Yogesh V. Ved, et al., | Civil No. 08-CV-909   (JMR/FLN) |
| Cindy J. Vickers, | Civil No. 07-CV-3127 (JMR/FLN) |
| Madeline J. Vingers, | Civil No. 06-CV-3284 (JMR/FLN) |
| Vicki P. Wadsworth, | Civil No. 07-CV-2952 (JMR/FLN) |
| George P. Wagner, | Civil No. 06-CV-3537 (JMR/FLN) |
| Ronald W. Walden, et al., | Civil No. 07-CV-4967 (JMR/FLN) |
| Theresa A. Walker, | Civil No. 07-CV-1075 (JMR/FLN) |
| Larry Webb, et al., | Civil No. 06-CV-898   (JMR/FLN) |
| Elaine R. Weiler, et al, | Civil No. 07-CV-4723 (JMR/FLN) |
| Nancy E. Willhite, et al., | Civil No. 07-CV-3023 (JMR/FLN) |
| Arthur D. Wilmot, | Civil No. 07-CV-4451 (JMR/FLN) |
| John E. Wohletz, et al., | Civil No. 08-CV-589   (JMR/FLN) |
| Robert M. Zwayer, et al., | Civil No. 06-CV-874   (JMR/FLN) |

    Plaintiffs,

v.

Boehringer Ingelheim Pharmaceuticals, Inc.,
a Delaware corporation, Pfizer Inc.,
a Delaware corporation, Pharmacia
Corporation, a Delaware corporation, and
Pharmacia & Upjohn Company, LLC,

    Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

---

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that these lawsuits may be, and hereby are, dismissed with prejudice, but without fees or costs or disbursements to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Dated:  January 27, 2009        By:   /s/ Tara D. Sutton
                                      Michael V. Ciresi, #16949
                                      Tara D. Sutton, #23199X
                                      Gary L. Wilson, #179012
                                      Vincent J. Moccio, #184640

                                      2800 LaSalle Plaza
                                      800 LaSalle Avenue
                                      Minneapolis, MN 55402-2015
                                      (612) 349-8500

                                      *Attorneys For Plaintiffs*

                                          HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated:  January 27, 2009                By:   /s/ Scott A. Smith
                                                      Scott A. Smith, #174026

                                          600 U.S. Bank Plaza South
                                          220 South Sixth Street
                                          Minneapolis, MN 55402-4501
                                          (612) 338-1838

                                          James E. Gray
                                          Andrew Gendron
                                          VENABLE, LLP
                                          Two Hopkins Plaza
                                          Suite 1800
                                          Baltimore, MD 21201
                                          (410) 244-7400

                                          *Attorneys for Defendant Boehringer Ingelheim*
                                          *Pharmaceuticals, Inc.*


                                          FAEGRE & BENSON, LLP

Dated:  January 27, 2009                By:   /s/ Peter J. Goss
                                                      Peter J. Goss, #0267910

                                          2200 Wells Fargo Center
                                          90 South Seventh Street
                                          Minneapolis, MN 55402-4501
                                          (612) 766-8617

                                          Michael K. Brown
                                          Barry J. Thompson
                                          REED SMITH, LLP
                                          355 South Grand Avenue
                                          Los Angeles, CA 90071

                                          *Attorneys for Defendants Pfizer Inc., Pharmacia*
                                          *Corporation, and Pharmacia & Upjohn*
                                          *Company, LLC*